UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

RODDRICK INGRAM, GERSON CASTRO, EDWIN ORTIZ, JISOO SUN, DYLAN RICHARDSON & NESTOR HERNANDEZ,

                                            Plaintiffs,

-against-

THE CITY OF NEW YORK, BILL DE BLASIO, CYNTHIA BRANN, JOSEPH PONTE and JOHN & JANE DOES 1–20,

                                            Defendants.

------------------------------------------------------------------ x

[PROPOSED]
**ORDER TO UNSEAL**

22-CV-6576 (CM)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/21/2023

      **WHEREAS**, Plaintiffs have filed this action alleging, *inter alia*, that the City of New York violated their civil rights through unreasonable delay after bail was posted as set forth in detail in the Complaint; and

      **WHEREAS**, the Defendants are currently unable to obtain from the New York City Department of Correction ("DOC") any detail regarding the facts and circumstances surrounding Plaintiffs or the bail payment process for Plaintiffs Roddrick Ingram, Dylan Richardson, and Jisoo Sun, due to all DOC records having been ordered sealed pursuant to N.Y. Crim. P. Law §§ 160.50 and/or 160.55 by the State of New York; and

      **WHEREAS**, the Court finds that the interests of justice significantly outweigh the need for confidentiality of the records described below; and

      **WHEREAS**, the Court has the inherent authority to unseal these records in connection with this action, *see Schomburg v. Bologna*, 298 F.R.D. 138, 141 (S.D.N.Y. 2014) ("Federal courts can and commonly do order production of documents sealed under Section

160.50");

**NOW, THEREFORE, IT IS HEREBY ORDERED** that DOC records related to the above-referenced Plaintiffs are hereby unsealed and that a copy be provided to Defendants' counsel, or their authorized representatives, for any and all records in DOC's custody relating to the three named Plaintiffs during the dates set forth in the Complaint.

Dated:  New York, New York
        February 21, 2023

SO ORDERED:

Hon. Colleen McMahon
United States District Judge